IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARNELL L. ADAMS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 06-682 |
| | ) | |
| v. | ) | Judge Arthur J. Schwab |
| | ) | Magistrate Judge Caiazza |
| GERALD L. ROZUM, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM ORDER**

Darnell Adams' Petition for Writ of Habeas Corpus was received by the Clerk of Court on may 24, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 19, 2007, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Adams be dismissed, and that a certificate of appealability be denied. The Petitioner was allowed ten days from the date of service to file objections, and was also granted an extension of time to file objections. The Petitioner's objections were filed on April 11, 2007.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 19th day of April, 2007,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Darnell Adams is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 24), dated March 19, 2007, is adopted as the opinion of the court.

IT IS FURTHER ORDERED that the Clerk mark this case CLOSED.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              U.S. District Court Judge

cc:   Darnell L. Adams
       CN-1835
       SCI Somerset
       1600 Walters Mill Road
       Somerset, PA 15501-0001